In the Matter of the Claim of JOSEPH A. PENEPENT, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed April 3, 1975, which affirmed the initial decision of the Industrial Commissioner holding claimant ineligible to receive benefits because he was not available for employment. The board found that claimant's effort to seek employment during the period at issue had "not been diligent and active but * * * merely token", and he was thus not available for employment. This determination is factual, and if supported by substantial evidence, it must be sustained (Matter of Bennett [Catherwood], 33 AD2d 946). The instant record contains solely issues of fact and credibility, and it cannot be said that the board's decision is not sustainable. Decision affirmed, without costs. Herlihy, P. J., Sweeney, Main, Larkin and Reynolds, JJ., concur.

In the Matter of the Claim of RICHARD S. PENEPENT, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed February 3, 1975, which adopted and affirmed a referee's decision sustaining the Industrial Commissioner's initial determination that the claimant was ineligible to receive benefits because he was not available for employment. The claimant, aged 19, is a full-time student at a university in Indiana, attending school from the hours of 8:30 A.M. to 3:00 P.M. The claimant moved to Indiana following the termination of his New York employment in Septem-

ber of 1974. The record establishes that the claimant's job seeking efforts are, at best, minimal and, indeed, at the time of the hearing held herein, they were almost nonexistent. The record contains substantial evidence to support the determination of the board. Decision affirmed, without costs. Herlihy, P. J., Sweeney, Main, Larkin and Reynolds, JJ., concur.